*Friday, March 1, 2002*

## MEDIATION DOCKET

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

02–219.   **Krejsa v. Zaino.** Board of Tax Appeals No. 2000–B–886.

*Monday, March 4, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

01–2278.   **State ex rel. White v. Suster.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

01–2280.   **State ex rel. White v. Suster.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

02–43.   **State ex rel. Penhollow v. Judges of the Eleventh Dist. Court of Appeals.**
In Procedendo. On answer of respondent and motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

98–1474.   **State v. Coley.**
Lucas C.P. No. CR971449. On application for reopening under S.Ct.Prac.R. XI(5) and motion to strike opposition to application for reopening. Application denied.

01–1176.   **State ex rel. Kim v. Wachenschwanz.**
In Mandamus. On relator's motion for order of contempt of writ and for sanctions.
    IT IS HEREBY ORDERED by the court that respondent is found to be in CONTEMPT of the court's November 14, 2001 writ of mandamus, and that relator be awarded attorney fees relating to her motion. Relator's attorney is ordered to submit a bill and documentation in support of the request for attorney fees within ten days of this entry.
    IT IS FURTHER ORDERED that respondent immediately comply with the court's November 14, 2001 writ of mandamus by giving Kim access to the requested records.

01–1394.   **State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. On motion for stay of execution of judgment of this court pending petition to the United States Supreme Court. Motion denied.

01–1495.   **Beek v. United Ohio Ins. Co.**
Williams App. No. WM–00–008. This cause is pending before the court as an appeal from the Court of Appeals for Williams County. Upon consideration of appellee's motion to participate in oral argument,
    IT IS ORDERED by the court that the motion be, and hereby is, denied.

02–53.   **Pearce v. Fouad.**
Franklin App. No. 00AP–837. On notice of bankruptcy filing and suggestion of stay. Stay granted.

02–99.   **Stern v. Stern.**
Jefferson App. No. 00JE17. On motion for stay of court of appeals' judgment. Motion denied.
    RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

02–114.   **State v. Jenkins.**
Montgomery App. No. 18551. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.